## 32923. CROWDER v. CROWDER.

PER CURIAM.

This appeal by the mother complains that the trial court abused its discretion in divesting her of custody of her nine-year-old minor child and in granting custody to the father. We affirm. There is reasonable evidence in the record to support the decision. *Hawkins v. Hawkins,* 240 Ga. 30 (1977).

*Judgment affirmed. All the Justices concur, except*

*Hall, J., who dissents.*

SUBMITTED NOVEMBER 15, 1977 — DECIDED NOVEMBER 28, 1977.

*Albert B. Wallace,* for appellant.
*Hutcheson & Kilpatrick, Lee Hutcheson,* for appellee.